# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation<br><br>　　　　Plaintiff,<br><br>　　V.<br><br>HAWAIYA TECHNOLOGIES, INC., a Hawaii Corporation; PAUL SCHULTZ, an individual; MUN-WON CHANG, an individual; PAUL SCHULTZ, as Co-Trustee of the Paul S. Schultz Revocable Trust; MUN-WON CHANG, as Co-Trustee of the Paul S. Schultz Revocable Trust; PAUL SCHULTZ, as Co-Trustee of the Mun-Won Chang Revocable Trust; MUN-WON CHANG, as Co-Trustee of the Mun-Won Chang Revocable Trust; and DEBORAH P. SIMCOX, as Trustee of the Jane Won-Im Chang Revocable Trust<br><br>　　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 23-00117 LEK-KJM<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>Aug 05, 2024, 9:42 am<br>Lucy H. Carrillo, Clerk of Court |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that final judgment is entered in favor of Plaintiff Liberty Mutual Insurance Company and against Defendants pursuant to the "Order Granting in Part and Denying in Part Plaintiff/Counter Defendant Liberty Mutual Insurance Company's Motion to Dismiss Defendants Hawaiya

Technologies, Inc., Paul Schultz, and Mun-Wong Chang's Second Amended Counterclaim, Filed August 23, 2023", ECF No. 52, filed on April 1, 2024, the "Order Granting Plaintiff's Motion for Summary Judgment and Directing Parties to Meet and Confer", ECF No. 66, filed July 16, 2024 and the "EO: Court Order Directing the Clerk's Office to Enter Judgment, and Directing the Parties to Meet and Confer", ECF No. 69, filed August 5, 2024.

| August 5, 2024 | LUCY H. CARRILLO |
|---|---|
| Date | Clerk |
|  | /s/ LUCY H. CARRILLO by EA |
|  | (By) Deputy Clerk |